NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STORED VALUE SOLUTIONS, INC. (NOW KNOWN AS CERIDIAN STORED VALUE SOLUTIONS, INC.),**
*Plaintiff-Appellee,*

v.

**CARD ACTIVATION TECHNOLOGIES, INC.,**
*Defendant-Appellant.*

---

2011-1528

---

Appeal from the United States District Court for the District of Delaware in case no. 09-CV-0495, Judge Kent A. Jordan.

---

## ON MOTION

---

## O R D E R

Card Activation Technologies, Inc. moves for a 60-day extension of time, until June 26, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alan M. Fisch, Esq.
    Mark J. Peterson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 0 4 2012

**JAN HORBALY**
**· CLERK**